No. 84–1909. BROWN *v.* ERMAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 84–1910. WILLIAMS *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 84–1911. WHEELER *v.* MENTAL HEALTH AND MENTAL RETARDATION AUTHORITY OF HARRIS COUNTY ET AL. C. A. 5th Cir. Certiorari denied.

No. 84–1912. LANGENEGGER ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 84–1915. F. E. L. PUBLICATIONS, LTD. *v.* CATHOLIC BISHOP OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 84–1916. BOLLING *v.* BAKER. Ct. App. Tex., 4th Sup. Jud. Dist. Certiorari denied.

No. 84–1917. JOHNS *v.* SUPREME COURT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 84–1918. FELT ET AL. *v.* FIRST BANK OF SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.

No. 84–1920. PFLUGER *v.* INTERNAL REVENUE SERVICE. C. A. 7th Cir. Certiorari denied.

No. 84–1924. CITY OF POMPANO BEACH *v.* CAPALBO. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 84–1926. REID ET AL. *v.* GHOLSON ET AL. Sup. Ct. Va. Certiorari denied.

No. 84–1927. MILLER *v.* HENRY ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 84–1931. HEISER *v.* HEISER. Ct. App. N. C. Certiorari denied.

No. 84–1932. SKLUT HIDE & FURS *v.* PRUDENTIAL LINES, INC. C. A. 3d Cir. Certiorari denied.